THE STATE v. TONEY FOLEY, Appellant.

**Division Two, November 24, 1908.**

**NO BILL OF EXCEPTIONS.**   Where no bill of exceptions was filed, and the record proper is free from error, the judgment will be affirmed.

Appeal from St. Louis City Circuit Court.—*Hon. Matt. G. Reynolds,* Judge.

AFFIRMED.

*Herbert S. Hadley,* Attorney-General, and *Frank Blake,* Assistant Attorney-General, for the State.

The information is sufficient. R. S. 1899, sec. 1849; Kelley's Criminal Law, sec. 580; State v. Freeman, 21 Mo. 480. There being no error in the record, an affirmance of the judgment is asked.

GANTT, J.—From a conviction in the circuit court of the city of St. Louis for a felonious assault upon Edwin McClentick, the defendant appealed to this court.

Motions for new trial and in arrest of judgment were filed in due time and overruled, but no bill of exceptions was filed in the case. The information is sufficient and the arraignment and the trial appear to

have been regular in all respects.    There being no error in the record proper, the judgment must be and is affirmed.

*Fox, P. J.,* and *Burgess, J.,* concur.